STATE OF NEW JERSEY v. ERNEST WILLIAMS.

March 27, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. MARIANO RODRIGUEZ.

March 27, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. LINDA BONO.

March 27, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA LAVARY.

March 27, 1979.  Petition for certification denied.  (See 163 *N.J.Super.* 576)

STATE OF NEW JERSEY v. CRAIG KING.

March 27, 1979.  Petition for certification denied.  (See 164 *N.J.Super.* 330)

RICHARD FORS v. VIRGINIA FORS.

March 27, 1979.  Petition for certification denied.